UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-28M-MPT |
| Kelin Bradley | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson Bostic, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Kelin Bradley, in the above-captioned matter.

/s/
EDSON A. BOSTIC, ESQUIRE


/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Acting Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Attorney for Defendant Bradley

DATED: February 15, 2007

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Kelin Bradley, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on February 15, 2007, to:

Robert F. Kravetz
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Bradley

DATED: February 15, 2007