IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 29-UNA |
| ) | |
| KELIN BRADLEY ) | |
| ) | |
| Defendants. ) | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 10, 2007, in the State and District of Delaware, Defendant Kelin Bradley, with intent to defraud, did pass falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, Defendant Kelin Bradley shall forfeit to the United States pursuant to 18 U.S.C. § 492, 18 U.S.C. § 982(a)(2)(B), and 28 U.S.C. § 2461(c), any counterfeits of any coins or obligations or other securities of the United States; as well as any property constituting or derived from, proceeds the person obtained directly or indirectly as the result of such violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot



FILED

FEB 27 2007

be divided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All pursuant to 18 U.S.C. § 492, 18 U.S.C. § 982(a)(2)(B), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Robert F. Kravetz
Assistant U.S. Attorney

Dated: February 27, 2007