IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CR  CASE # 07-29-GMS |
| KELIN BRADLEY | ) PLEASE DIRECT ALL INQUIRIES ) TO 573-6128 |
| Defendant. | ) |

NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for an **ARRAIGNMENT** before the Honorable Mary Pat Thynge, on **MARCH 29, 2007 AT 1:00 P.M.** in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 3/20/07

To: Kelin Bradley

cc: counsel



FILED
MAR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE