IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-29-GMS |
| | : | |
| KELIN BRADLEY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SUBSITUTION OF COUNCIL FOR KELIN BRADLEY**

Christopher S. Koyste, hereby enters his appearance in the District Court for the District of Delaware on behalf of Kelin Bradley in Criminal Action Number 07-29-GMS in place of the Federal Public Defender's Office.

        Respectfully submitted,

        /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
800 North King Street, Suite 302
Wilmington, Delaware  19801
(302) 419-6529
Email: ckoyste@koyste.com

Attorney for Kelin Bradley

DATED: July 12, 2007

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that the attached filing of Kelin Bradley is available for public viewing and downloading and was electronically delivered on July 12, 2007 to:

Robert F. Kravetz, Esquire
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, Delaware 19801


 /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
800 North King Street, Suite 302
Wilmington, Delaware  19801
(302) 419-6529
Email: ckoyste@koyste.com

Attorney for Kelin Bradley