IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-29-GMS |
| | : | |
| KELIN BRADLEY, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO RESCHEDULE CHANGE OF PLEA HEARING**

Christopher S. Koyste, on behalf of Kelin Bradley, hereby moves this Honorable Court to reschedule the date for Mr. Bradley's Change of Plea Hearing from September 5, 2007 at 9:30 a.m. to September 18, 2007 at 2:00 p.m.

1. Counsel is scheduled to appear in an Attempted Murder trial in the Superior Court in and For New Castle County which begins the morning of September 5, 2007. Counsel spoke to AUSA Robert F. Kravetz and he does not oppose Mr. Bradley's request to reschedule the date for his Change of Plea Hearing so as to not conflict with the noted trial date.

2. Counsel informed Your Honor's staff of this situation and was told that September 18, 2007 at 2:00 p.m. would be an available date and time to hold the Change of Plea Hearing. AUSA Kravetz has no opposition to this new date and time.

WHEREFORE, Mr. Bradley respectfully requests Your Honor to reschedule the date for the Change of Plea Hearing to September 18, 2007 at 2:00 p.m.

                         Respectfully submitted,

                         /s/ Christopher S. Koyste
                         Christopher S. Koyste, Esquire
                         800 North King Street, Suite 302
                         Wilmington, Delaware  19801
                         (302) 419-6529
                         Email: ckoyste@koyste.com

                         Attorney for Kelin Bradley

DATED: August 15, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-29-GMS |
| | : | |
| KELIN BRADLEY, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned Counsel certifies that the attached filing of Kelin Bradley is available for public viewing and downloading and was electronically delivered on August 15, 2007 to:

Robert F. Kravetz, Esquire
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, Delaware 19801


 /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
800 North King Street, Suite 302
Wilmington, Delaware  19801
(302) 419-6529
Email: ckoyste@koyste.com

Attorney for Kelin Bradley

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-29-GMS |
| | : | |
| KELIN BRADLEY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

     **AND NOW**, this _____ Day of _____, 2007, upon consideration of Defendant's Motion to Reschedule Change of Plea Hearing, it is hereby **ORDERED** that Defendant, Kelin Bradley's Change of Plea Hearing is rescheduled to September 18, 2007 at 2:00 p.m.

 

_____
Chief Judge Gregory M. Sleet
United States District Court