IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-29-GMS |
| KELIN BRADLEY, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 15th Day of August, 2007, upon consideration of Defendant's Motion to Reschedule Change of Plea Hearing, it is hereby **ORDERED** that Defendant, Kelin Bradley's Change of Plea Hearing is rescheduled to September 18, 2007 at 2:00 p.m.

Chief Judge Gregory M. Sleet
United States District Court

FILED

AUG 1 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE