IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-29-GMS |
| KELIN BRADLEY, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Continue the Sentencing Hearing:

**IT IS HEREBY ORDERED** this 5th day of December, 2007, that Defendant's Sentencing Hearing is continued to February 6, 2008, at 2:15 p.m.

_____
Chief Judge Gregory M. Sleet
United States District Court Judge

FILED

DEC - 5

U.S. DISTRICT COURT
DISTRICT OF DELAWARE