IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | Criminal No. 07-29-01 |
| Kelin Bradley, | : | |
| Defendant, | : | |

**SATISFACTION OF JUDGMENT**

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

                COLM F. CONNOLLY
                United States Attorney

By: _____
       Patricia C. Hannigan
       Assistant United States Attorney
       Delaware Bar I.D. No. 2145
       The Nemours Building
       1007 Orange Street, Suite 700
       P. O. Box 2046
       Wilmington, DE 19899-2046
       (302) 573-6277
       Patricia.Hannigan@usdoj.gov

July 9, 2008